IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-60340
Summary Calendar
_____


LORETTA CHAPMAN,

                                        Plaintiff-Appellant,

versus

ITT HARTFORD LIFE AND ACCIDENT COMPANY, ET AL.,

                                        Defendants,

ITT HARTFORD LIFE AND ACCIDENT COMPANY,

                                        Defendant-Appellee.

Appeals from the United States District Court for
the Southern District of Mississippi
(USDC No. 3:96-CV-532-WS)
_____
February 1, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:[*]

        Plaintiff-appellant Loretta Chapman appeals the district court's summary

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

judgment that she was not entitled to continued disability payments under defendant-appellee Hartford Life's benefits plan. Hartford made a full and fair attempt to appraise the merit of Chapman's claim. As a result it decided that Chapman had failed to show that any physical disorder rendered her totally disabled. As the district court explained in its careful opinion and order, that decision is supported by the record and within the administrator's discretion.

AFFIRMED